473 A.2d 666

Commonwealth v. Cunrod, Appellant.

■■■■■■■ Submitted January 5, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

■■■■■■■

473 A.2d 666

Commonwealth v. Cupit, Appellant.

■■■■■■■ Argued December 9, 1983. Stanley P. Stern, for appellant; Robert Ciaffa, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.